UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS
CENTRAL DIVISION

In Re: MITCHELL, TERRY J. & LISA R.                                  Case No: 19-16299
                                                                      Chapter 13

## APPLICATION FOR COMPENSATION FOR ADDITIONAL SERVICES

The attorney for the debtor(s) hereby represents that the following additional services have been provided and submits this Application for Compensation for Additional Services.

1. The following additional services have been provided as reflected by the following:

   Pleading: Plan Modification

   Docket No.: 70  Date Filed: 02/18/2021  Service Description Number:
   (If document not filed with the Court, attach copy of document.)

| Date Filed with Court | Description of Service | Maximum Allowable Fee | Requested Amount |
|---|---|---|---|
|  | 1. Post-Confirmation Amended Plan – Adding Only Unsecured Creditors (Awarded upon confirmation of plan) | $100 |  |
| 2/18/2021 | 2. Post-Confirmation Amended Plan (Awarded upon confirmation of modified plan) | $375 | $375.00 |
|  | 3. Pre- or Post-Confirmation Lien Avoidance Action (Uncontested/no trial) | $400 |  |
|  | 4. Pre- or Post-Confirmation Lien Avoidance Action (Contested/trial) | $500 |  |
|  | 5. Post-Confirmation Letter to Creditor to Cease Collection Efforts, Contacts, Post-Petition Garnishment (With relevant documentation attached) | $50 |  |
|  | 6. Post-Confirmation Notice of Bankruptcy Filed in Another Court (With relevant documentation attached) | $50 |  |
|  | 7. Pre- or Post-Confirmation Defense of an IRS or DFA Motion for Relief From Stay to Setoff Refund | $150 |  |
|  | 8. Post-Confirmation Defense of an IRS or DFA Motion to Compel to File Tax Returns | $100 |  |
|  | 9. Pre- or Post-Confirmation Defense of a DFA Motion for Strict Compliance for Debtor Engaged in Business | $150 |  |
|  | 10. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Motion to Incur Debt (Personal Property), Abate Plan Payment, Refund/Disbursement (No trial) | $375 |  |
|  | 11. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Motion to Incur Debt (Personal Property), Abate Plan Payment, Refund/Disbursement (Trial) | $500 |  |
|  | 12. Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (No trial) | $500 |  |
|  | 13. Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (Trial) | $650 |  |
|  | 14. Pre- or Post-Confirmation Objection to Claim (Uncontested; filed by debtor's attorney) | $200 |  |
|  | 15. Pre- or Post-Confirmation Objection to Claim (Contested; filed by debtor's attorney) | $400 |  |
|  | 16. Motion for "Hardship Discharge" Pursuant to 11 U.S.C. § 1328(b) (If funds available) | $400 |  |

| | | | | |
|---|---|---|---|---|
| | 17. | Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (No trial and not provided as surrendered/abandoned in plan and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) | $300 | |
| | 18. | Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (Trial) | $600 | |
| | 19. | Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) (No Trial) | $100 | |
| | 20. | Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) (Trial) | $300 | |
| | 21. | Post-Confirmation Amendment to Schedules C, I & J (Not part of an amended plan or other motion) | $200 | |
| | 22. | Proof of Claim (With relevant documents attached, including security documents) | $150 | |
| | 23. | Pre- or Post-Confirmation Motion to "Reinstate" or Set Aside Dismissal Order (Other than for failure to timely file/submit documents or plan) | $250 | |
| | 24. | Post-Confirmation Motion to "Deconsolidate"/Sever Case | $300 | |

2. The following costs have been incurred with this Application:

| | |
|---|---|
| Actual Costs to Notify 9 Creditors by Regular Mail (Not to Exceed $2.25 per Creditor)<br>        (Itemize each type of Notice)<br>        Notice of         dated         (         Notices) | $15.75 |
| Actual Costs to Notify         Creditors by Certified Mail (Not to Exceed $9 per Creditor)<br>        (Itemize each type of Notice)<br>        Notice of         dated         (         Notices) | |
| Fee to Add/Remove Creditors  - Amount Actually Paid<br>        Indicate Date and Purpose of Payment: | |

3. **This total request is:**

| | |
|---|---|
| **Total Fees Requested** | $375.00 |
| **Total Costs Requested** | $15.75 |
| **Total Additional Fees and Costs Requested:** | $390.75 |

No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm, or corporation.

| | |
|---|---|
| Approved by: | Respectfully submitted: |
| /s/ | /s/ Clinton W. Lancaster |
| **Debtor's Signature** | **Attorney's Signature** |
| /s/ | Attorney Name:    Clinton W. Lancaster |
| **Debtor's Signature** | Address:          PO Box 1295 |
| *If debtor(s)' signature(s) are not obtained, a notice and opportunity to object must be served on the debtor(s). | Benton, AR  72018 |
| | Phone Number:     501-776-2224 |

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: MITCHELL, TERRY J. & LESA MITCHELL      Case No.: 5:19-BK-16299

DEBTORS      CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT

    You are hereby notified that attorney Clinton W. Lancaster has filed the attached Application for Compensation for Additional Services. Objections to the Application for Compensation must be filed with the Bankruptcy Court at 300 West Second Street, Little Rock, Arkansas 72201 in writing within twenty-one (21) days from this notice.

    If objections to the Application for Compensation are filed, they will be set for hearing by subsequent notice. If no objections are received, the Application for Compensation may be approved without further notice or hearing.

Respectfully Submitted,

/s/ Clinton W. Lancaster
Clinton W. Lancaster
Attorney at Law, Ark. Bar No. 2011179
THE LANCASTER LAW FIRM, PLLC
P.O. Box 1295
Benton, AR 72018
P: (501) 776-2224
F: (501) 778-6186
clint@thelancasterlawfirm.com

## CERTIFICATE OF SERVICE

    I, Clinton W. Lancaster, do hereby certify that a true and correct copy of the foregoing Application for Compensation for Additional Services and Notice of Opportunity to Object have been mailed to the names and addresses listed below on this 24th day of February 2021.

/s/ Clinton W. Lancaster
Clinton W. Lancaster

Jack W. Gooding
Chapter 13 Trustee
(via electronic filing)

Lesa Mitchell
9620 Redbud St
Tull, AR  72015
 (via US Mail)